**UNITED STATES of America, Appellant, v. Emily Earl BOYLE, etc., Appellee.**

No. 8370.

Circuit Court of Appeals, Ninth Circuit.

Nov. 2, 1936.

Peirson M. Hall, U. S. Atty., and Ernest D. Fooks, Attorney, Department of Justice, both of Los Angeles, Cal.

'Chenoweth & Whitehead, of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a judgment be filed and entered accordingly, and mandate issued forthwith.